IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00426-REB-CBS

ANALYTICAL SPECTRAL DEVICES, INC.,
a Colorado corporation,

      Plaintiff,

v.

CDEX, INC., a Nevada corporation,

      Defendant.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Joint Stipulated Motion for Protective Order (*doc. no. 11*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    May 16, 2006