# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00426-REB-CBS

ANALYTICAL SPECTRAL DEVICES, INC., a Colorado corporation,

    Plaintiff,

v.

CDEX, INC., a Nevada corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation of Dismissal** [#30], filed September 29, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#30], filed September 29, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for September 7, 2007, is **VACATED**;

    4. That the jury trial set to commence September 24, 2007, is **VACATED**; and

2

5.  That any pending motion is **DENIED** as moot.

Dated October 2, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**